UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VISBEEN ASSOCIATES, INC.,
a Michigan Corporation,

       Plaintiff,

v.

CASE NO.: 1:09-cv-729

JOHNSON HOME BUILDERS, LTD.,
a Michigan corporation, DENNIS
JOHNSON, DANIEL COOK, and
JENNIFER COOK, individually,

       Defendants.
_____/

## JUDGMENT ON DECISION BY COURT

This action, having come before the Court upon the stipulation of Plaintiff, Visbeen Associates, Inc., and Johnson Home Builders, Ltd., and all issues having been duly considered, it is hereby ORDERED AND ADJUDGED that Plaintiff shall recover the sum of $80,000 from Johnson Home Builders, Ltd., with interest thereon, at the rate set by Michigan courts.

DONE AND ORDERED in chambers, Kalamazoo, Michigan, on this 23rd day of November, 2009.

                                      /s/ Paul L. Maloney
                                      The Honorable Paul L. Maloney
                                      U.S. District Court Judge