UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VISBEEN ASSOCIATES, INC.,

    Plaintiff,

v.

JOHNSON HOME BUILDERS, LTD.,
ET AL.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cv-729

## ORDER GRANTING MOTION TO DISMISS SUIT AGAINST DEFENDANTS DENNIS JOHNSON, DANIEL COOK, AND JENNIFER COOK

This matter is before the Court on the parties' joint motion to dismiss claims against defendants Dennis Johnson, Daniel Cook, and Jennifer Cook (Dkt. #16). Plaintiff has reached a settlement agreement with defendant Johnson Home Builders, Ltd., and judgment has entered against defendant Johnson Home Builders, Ltd. (Dkt. #17). The parties are jointly seeking dismissal of this action against the remaining defendants. Accordingly,

**IT IS HEREBY ORDERED** that the parties' joint motion to dismiss suit against defendants Dennis Johnson, Daniel Cook, and Jennifer Cook (Dkt. #16) is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims against defendants Dennis Johnson, Daniel Cook, and Jennifer Cook are **DISMISSED with prejudice**, with each party to bear its own attorney fees and costs. This resolves the last claim and closes the case.

Date: November 23, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge